# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Jose Alberto Miron Quijano,

Petitioner,

v.

United States of America, et al.,

Respondents.

No. CV 25-04676 PHX DJH (CDB)

**REPORT AND RECOMMENDATION**

**TO THE HONORABLE DIANE J. HUMETEWA:**

On December 15, 2025, Petitioner, a native and citizen of El Salvador who came to the United States with his wife and children seeking asylum, filed a petition seeking his release from detention pursuant to 28 U.S.C. § 2241, citing *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). At that time Petitioner was detained at the San Luis Regional Detention Center and he had been detained upon entry into the United States for more than three years, although his family was not detained. On February 12, 2026, the Court denied Petitioner's motion for appointment of counsel and ordered Respondents to answer the petition no later than March 6, 2026. Respondents docketed a response to the petition, advising that Petitioner has been removed from the United States and, therefore, the § 2241 petition is moot.

The petition requests a determination that Petitioner's detention was not justified and that his continued detention violates his rights to due process of law. The petition further asks the Court to issue a writ of habeas corpus and order Petitioner's release from custody within twenty (20) days, or order a bond hearing.

**IT IS RECOMMENDED that** the § 2241 petition at ECF No. 1 be **denied without prejudice as moot at this time**.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

Pursuant to Rule 72(b), Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Thereafter, the parties have fourteen (14) days within which to file a response to the objections. Pursuant to Rule 7.2(e)(3) of the Local Rules of Civil Procedure for the United States District Court for the District of Arizona, objections to the Report and Recommendation may not exceed ten (10) pages in length. Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Dated this 24th day of February, 2026.

Camille D. Bibles
United States Magistrate Judge