# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jose Alberto Miron Quijano,

    Petitioner,

v.

United States of America, et al.,

    Respondents.

No. CV-25-04676-PHX-DJH

**ORDER**

Before the Court is the February 24, 2026, Report and Recommendation ("R&R") of United States Magistrate Judge Camille D. Bibles (Doc. 9) recommending the dismissal without prejudice of Petitioner's § 2241 Petition (Doc. 1).  No objection has been filed and the time to do so has expired.  *See* Fed. R. Civ. P. 72(b).  The Court has reviewed the R&R and agrees with its conclusions.

Accordingly,

**IT IS ORDERED** the R&R (Doc. 9) is adopted as the Order of this Court.  The § 2241 Petition (Doc. 1) is **denied without prejudice as moot at this time**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly and close this matter.

Dated this 12th day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge